# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| ABDALLAH ABDALLAH, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Civil Action No. 2016-0014<br>) Criminal Action No. 2014-0010<br>) |
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Respondent. | )<br>) |

**Appearances:**
**Abdallah Abdallah,** *Pro Se*
Coleman, FL

## ORDER

**UPON CONSIDERATION** of Magistrate Judge George W. Cannon, Jr.'s Report and Recommendations ("R&R") (Dkt. No. 127) recommending that Petitioner Abdallah Abdallah's ("Petitioner") *pro se* "Title 28 U.S.C. § 2255 Motion to Vacate" ("Motion to Vacate") (Dkt. No. 123) be denied, and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the Magistrate Judge's R&R (Dkt. No. 127) is **ACCEPTED**; and it is further

**ORDERED** that Petitioner's Motion to Vacate (Dkt. No. 123) is **DENIED**; and it is further

**ORDERED** that the Court **DECLINES** to issue a Certificate of Appealability; and it is further

**ORDERED** that the Clerk of Court is directed to mark Civil Action No. 2016-0014 **CLOSED**.

**SO ORDERED**.

Date: June 19, 2019

_____/s/_____
WILMA A. LEWIS
Chief Judge